

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2014

No. 04-12-00864-CV

Armando **BENAVIDES**,
Appellant

v.

Anselmo **BENAVIDES**, Antonio Benavides, and A.T. Trucking, LLP,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-03-44411
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Sitting:     Catherine Stone, Chief Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

Appellant's second opposed motion for extension of time to file motion for rehearing and motion for reconsideration en banc is hereby GRANTED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2014.

_____
Keith E. Hottle
Clerk of Court